1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   MARIO RUVALCABA ORTEGA            Case No. 2:22-cv-04276-FLA (MRWx)
     et al.,
12                                     **ORDER AWARDING ATTORNEY'S**
                        Plaintiffs,    **FEES [DKTS. 22, 29]**
13
           v.
14
15   AMERICAN HONDA MOTOR CO.,
     INC. et al.
16
                        Defendant.
17
18
19
20         On March 24, 2023, the court issued an Order (Dkt. 28) granting in part and

21   denying in part Defendant American Honda Motor Co.'s ("Defendant") Motion for

22   Assessment of Costs Against Plaintiffs and For Stay of Proceedings Pending

23   Payment of Such Costs (Dkt. 22).  The court awarded court costs in the amount of

24   $532.44 and attorney's fees in an amount subject to determination, and ordered

25   supplemental briefing on 1) the reasonableness of the claimed $8,642.50 in attorney's

26   fees incurred, and 2) whether the previously rendered legal services will contribute to

27   Defendant's defense in the present case.  *Id.*

28   / / /

On April 7, 2023, Defendant filed its Supplemental Brief, including billing records and itemization of time spent defending the action.  Dkt. 29.  On April 14, 2023, Plaintiffs Mario Ruvalcaba Ortega and Beatriz A. Ruvalcaba Tabarez ("Plaintiffs") filed an Opposition seeking to reduce fees sought by $3,621.60.  Dkt. 31.

Defendant seeks a total of $8,642.50 in attorney's fees for legal services rendered in the state court action, asserting that the work product cannot be reused or contribute to its defense in this action.  *See* Dkt. 29.  The court received six invoices accounting for $8,308.40 in attorney's fees, rather than the $8,642.50 claimed by Defendant.  *See* Dkt. 29 at 7-18 (Exhibit A); Dkt. 31 at 7.  After reviewing Defendant's records, the court declines to award attorney's fees for time spent researching the subject vehicle and efforts to subpoena sale and repair records— totaling $1,415.67.  This work is equally relevant to this action.  Finally, the court finds the remaining billing entries reflect unnecessary work Defendant was forced to perform as a result of Plaintiffs' conduct, as detailed in the court's prior Order.  *See* Fed. R. Civ. P. 41(d).

The court, therefore, deducts $1,415.67 from the $8,308.40 invoice total, and AWARDS $6,892.73 in attorney's fees to Defendant.  Plaintiffs are ORDERED to pay Defendant the fees and costs within ten days of this Order.

IT IS SO ORDERED.

Dated: July 7, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge